## INDEX OF EXHIBITS

A. Services Agreement

B. October 29, 2015 Non-Renewal Letter

C. Affiliation Agreement

D. Trustee's Termination Notice

E. Trustee's Turnover Demand