LAW OFFICES
## FIGLIULO & SILVERMAN
A PROFESSIONAL CORPORATION

TEN SOUTH LASALLE STREET
SUITE 3600
CHICAGO, ILLINOIS 60603

Michael K. Desmond
(312) 251-5287
mdesmond@fslegal.com

TELEPHONE
(312) 251-4600

FACSIMILE
(312) 251-4610

WWW.FSLEGAL.COM

November 18, 2016

**VIA E-MAIL AND U.S. MAIL**
Justin Weiner
MoloLemken LLP
300 N. LaSalle Street
Chicago, IL 60654

Dear Justin:

As you are aware, effective November 16, 2016, I was appointed as the Chapter 7 Trustee for Yellow Cab Affiliation, Inc. ("YCA"). It is my understanding that the following items are in the possession of your client Taxi Affiliation Services ("TAS") and are being utilized by other Affiliations serviced and/or controlled by TAS:

- Cash receipts for November 16, 2016;
- Security deposits in the amount of $755,264.23 received by TAS on behalf of Yellow Cab Affiliation Inc.;
- Accounts receivable;
- Radio, dispatch equipment and data terminals;
- Financial records and documents relating to the operation of Yellow Cab Affiliation, Inc.

All of the above items constitute property of the estate pursuant to 11 U.S.C. §541(a). Pursuant to 11 U.S.C. §§ 542 and 543, demand is hereby made upon TAS for the immediate turnover of all estate assets. TAS has no authority to refund, credit or transfer any security deposits to another Affiliation. In addition, any member leaving the Yellow Cab Affiliation must turn in all radio, dispatch equipment and data terminals. Under no circumstances is TAS authorized to transfer a YCA member to a new affiliation and allow the continued use of this equipment.

Finally, under no circumstances do I authorize the operation of any taxi cab business under the Yellow Cab Affiliation, Inc. name. To the extent TAS transferred a YCA member to a new affiliation, all decals and insignia containing the Yellow Cab Affiliation, Inc. name must be removed immediately. To the extent your client files to comply with these demands I will hold them liable for any damages incurred by the estate.

In the event your client fails to comply with this demand to turnover estate assets immediately, I will file an adversary complaint and also seek to recover my attorney's fees and costs.

LAW OFFICES
**FIGLIULO & SILVERMAN**

Page-2

If you have any questions, or if you wish to discuss this matter, please call me.

Respectfully,

Michael K. Desmond
Chapter 7 Trustee